FILED
DEC 10 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO CRUZ-AZPEITIA,<br><br>Defendant. | Case No.: 18CR4999-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Case No. 18CR4999-WQH against defendant RIGOBERTO CRUZ-AZPEITIA be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 12/10/18

HON. WILLIAM Q. HAYES
United States District Court Judge